FLYNN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Ap-

pellate Division, Second Department. January 10, 1899.) Action by John Flynn against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.